**B&R**
Services for Professionals Inc.
235 SOUTH 13TH STREET
PHILADELPHIA, PA 19107
PHONE: (215) 546-7400
FAX: (215) 985-0169

**NAPPS**
National Association of Professional Process Servers

Mark Raleigh, et al

-VS-

AVCO Corporation, et al

: **COURT** United States District Court Middle District of Pennsylvania

: **CASE NUMBER** 4:23-CV-00852-mwb

State of _PA_

County of _Lycoming_

## AFFIDAVIT

B&R Control # PS197888.04
Reference Number

### SERVICE INFORMATION

On _5/26/2023_, we received the
**Summons and Complaint**
For service upon: _AVCO Corporation_
At _952 Oliver Street, Williamsport, PA 17701_

[X] **Served** Date _5/30/23_ Time _10:00am_ Accepted By: _Richard Weber_

In the manner described below.
[X] Personally served.
[ ] Adult in charge of residence, relationship is _____
[ ] Adult in charge of residence who refused to give name and/or relationship.
[ ] Manager/Clerk of place of residence lodging _____
[ ] Agent or person in charge of office or usual place of business _____
[ ] Other _____

**Description of Person** Age _28_ Height _6'0"_ Weight _195_ Race _W_ Sex _M_
Other _____

[ ] **Not Served** Date _____ Time _____ [ ] Moved [ ] Unknown [ ] No Answer [ ] Vacant
[ ] Other _____

The Process Server, being duly sworn, deposes and says that the facts set forth herein are true and correct to the best of their knowledge, information and belief. _Steve Bowman_

Process Server/~~Sheriff~~ _Constoble - Steven Bowman Jr._

Sworn to and subscribed before me this _____ day of _____

Notary Public

Client  Phone (610) 696-9686

Filed Date: 05/23/2023  BR Serve By: _____

Bradley J. Stoll, Esquire
Katzman, Lampert & Stoll
121 North Wayne Avenue
Ste. 205
Wayne, PA 19087



ORIGINAL