

235 SOUTH 13TH STREET
PHILADELPHIA, PA 19107
PHONE: (215) 546-7400
FAX: (215) 985-0169



5484

National Association of Professional Process Servers

Mark Raleigh, et al

-VS-

AVCO Corporation, et al

**COURT** United States District Court
Middle District of Pennsylvania

**CASE NUMBER** 4:23-CV-00852-mwb

State of Florida
County of Palm Beach

## AFFIDAVIT

B&R Control # PS197888.02
Reference Number

### SERVICE INFORMATION

On 5/25/2023, we received the Summons and Complaint
For service upon: Avstar Fuel Systems, Inc.
At 1365 Park Lane South, Jupiter, FL 33458

[X] Served   Date 5/30/23   Time 12:50 PM   Accepted By: Ronald Weaver

In the manner described below.
[ ] Personally served.
[ ] Adult in charge of residence, relationship is _____
[ ] Adult in charge of residence who refused to give name and/or relationship.
[ ] Manager/Clerk of place of residence lodging
[X] Agent or person in charge of office or usual place of business   Registered Agent
[ ] Other

Description of Person   Age 50   Height 5'6"   Weight 170   Race White   Sex Male
Other _____

[ ] Not Served   Date _____   Time _____   [ ] Moved   [ ] Unknown   [ ] No Answer   [ ] Vacant
[ ] Other

The Process Server, being duly sworn, deposes and says that the facts set forth herein are true and correct to the best of their knowledge, information and belief.

Process Server/Sheriff

Sworn to and subscribed before me this ___ day of June

Notary Public

Client   Phone (610) 696-9686

Filed Date: 05/23/2023   BR Serve By: 06/10/2023

Bradley J. Stoll, Esquire
Katzman, Lampert & Stoll
121 North Wayne Avenue
Ste. 205
Wayne, PA 19087





SOPHIA HERVIS
Notary Public-State of Florida
Commission # HH 356324
My Commission Expires
February 12, 2027

ORIGINAL