

235 SOUTH 13TH STREET
PHILADELPHIA, PA 19107
PHONE: (215) 546-7400
FAX: (215) 985-0169



National Association of Professional Process Servers

Mark Raleigh, et al

-VS-

AVCO Corporation, et al

**COURT** United States District Court
Middle District of Pennsylvania

**CASE NUMBER** 4:23-CV-00852-mwb

State of  South Carolina

County of  Anderson

**AFFIDAVIT**

B&R Control # PS197888.01
Reference Number

## SERVICE INFORMATION

On 5/25/2023, we received the
**Summons and Complaint**
For service upon: Champion Aerospace, LLC
At 1230 Old Norris Road, Liberty, SC 29657

[X] **Served** Date 05/25/2023 Time 2:22 pm   Accepted By: Justin Knox - Human Resources/Authorized

In the manner described below.
- [ ] Personally served.
- [ ] Adult in charge of residence, relationship is
- [ ] Adult in charge of residence who refused to give name and/or relationship.
- [ ] Manager/Clerk of place of residence lodging
- [X] Agent or person in charge of office or usual place of business   Justin Knox
- [ ] Other

**Description of Person**   Age 36   Height 6'   Weight 200   Race Caucasian  Sex M
Other  salt & pepper hair

[ ] **Not Served**   Date ___ Time ___   [ ] Moved   [ ] Unknown   [ ] No Answer   [ ] Vacant
[ ] Other

The Process Server, being duly sworn, deposes and says that the facts set forth herein are true and correct to the best of their knowledge, information and belief.

Process Server/Sheriff  _Florence Burn_

Client  Phone (610) 696-9686

Sworn to and subscribed before me this 25th day of May, 2023

_CJ Poole_
Notary Public

Filed Date: 05/23/2023   BR Serve By: 06/10/2023

Bradley J. Stoll, Esquire
Katzman, Lampert & Stoll
121 North Wayne Avenue
Ste. 205
Wayne, PA 19087

C J Poole
Notary Public
State of South Carolina, County of Anderson
Commission Expires May 3, 2029

ORIGINAL

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Pennsylvania

Case Number: 4:23-CV-00852-MWB

Plaintiff:
MARK RALEIGH, as the Personal Representative of the ESTATE OF BRAEDAN RALEIGH, Deceased and :
BRENT CRIDDLE, as the Personal Representative of the ESTATE OF DEVIN CRIDDLE, Deceased,

vs.

Defendant:
AVCO CORPORATION, and AVSTAR FUEL SYSTEMS, INC. and CHAMPION AEROSPACE, LLC and PRECISION AIRMOTIVE, LLC


AWT2023000556

For:
Bradley Stoll
KATZMAN, LAMPERT & STOLL
121 North Wayne Ave., Suite 205
Wayne, PA 19087

Received by B&R Services for Professionals, Inc. to be served on **Champion Aerospace, LLC, 1230 Old Norris Road, Liberty, Pickens County, SC 29657**.

I, Florence Burns, being duly sworn, depose and say that on the **25th day of May, 2023** at **2:22 pm**, I:

served a **CORPORATION** by delivering a true copy of the **CIVIL COVER SHEET, SUMMONS IN A CIVIL ACTION and CIVIL ACTION COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Justin Knox as Human Resources** for **Champion Aerospace, LLC**, at the address of: **1230 Old Norris Road, Liberty, Pickens County, SC 29657**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 36, Sex: M, Race/Skin Color: Caucasian, Height: 6'0", Weight: 200, Hair: Salt & Pepper, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 26th day of May, 2023 by the affiant who is personally known to me.

C J Poole
NOTARY PUBLIC

My Commission expires:
Notary Public
State of South Carolina, County of Anderson
Commission Expires May 3, 2029

Florence Burns
Process Server

B&R Services for Professionals, Inc.
235 S. 13th Street
Philadelphia, PA 19107
(215) 546-7400

Our Job Serial Number: AWT-2023000556
Ref: Champion