# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK RALEIGH, as the Personal Representative of the ESTATE OF BRAEDEN RALEIGH, Deceased,<br><br>and<br><br>BRENT CRIDDLE, as the Personal Representative of the ESTATE OF DEVIN CRIDDLE, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>AVCO CORPORATION, et al.<br><br>Defendants. | No. 4:23-cv-00852-MWB<br><br>(Judge Brann) |

### STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO COMPLAINT BY DEFENDANT CHAMPION AEROSPACE, LLC

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, by their Counsel, Katzman Lampert & Stoll and Defendant CHAMPION AEROSPACE, LLC, by its Counsel, Riley Safer Holmes & Cancila, LLP, that subject to the Court's approval, the deadline to file the response is extended by 30 days. The new filing deadline will be July 14, 2023.  A proposed order is attached.

**So stipulated by:**

Dated: June 14, 2023

Respectfully submitted,

By: */s/ Bradley J. Stoll*
Bradley J. Stoll
KATZMAN, LAMPERT & STOLL
121 North Wayne Ave., Suite 205
Wayne, PA 199087
Email: bstoll@klm-law.com

*Counsel for Plaintiffs*

By: */s/ Shalem Massey*
Shalem Massey
RILEY SAFER HOLMES & CANCILA LLP
100 Irvine Center Drive, Suite 650
Irvine, CA 92618
Email: smassey@rshc-law.com

*Counsel for Defendant CHAMPION AEROSPACE, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of June, 2023, a true and correct copy of the foregoing STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO COMPLAINT BY DEFENDANT CHAMPION AEROSPACE, LLC was served via Electronic Mail and the Court's electronic filing system. In addition, the undersigned served those parties whom are known to be represented by counsel, but have not entered an appearance as follows:

Shalem Massey
RILEY SAFER HOLMES & CANCILA LLP
100 Irvine Center Drive, Suite 650
Irvine, CA 92618
*Counsel for Defendant CHAMPION AEROSPACE, LLC*

Robert J. Williams
VICTOR RANE
1001 Liberty Avenue, 5th Floor
Pittsburgh PA, 15222
*Counsel for Defendant AVSTAR FUEL SYSTEMS.*

Tracy H. Fowler, P.C.
Snell & Wilmer LLP
15 West South Temple
Suite 1200
Salt Lake City, UT 84101
*Counsel for Defendant AVCO CORPORATION*

In addition, hard copies of the attached were mailed via first class mail to the defendant who has not yet been served as follows:

Precision Airmotive, LLC
17716 48th Drive NE
Arlington, WA 98223

|  |  |  |
|--|--|--|
|  | *By:* | */s/ Bradley Stoll* |
|  |  | Bradley Stoll |

Case 4:23-cv-00852-MWB   Document 7   Filed 06/14/23   Page 4 of 4