IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK RALEIGH, as the Personal Representative of the ESTATE OF BRAEDEN RALEIGH, Deceased,<br><br>and<br><br>BRENT CRIDDLE, as the Personal Representative of the ESTATE OF DEVIN CRIDDLE, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>AVCO CORPORATION, et al.<br><br>Defendants. | No. 4:23-cv-00852-MWB<br><br>(Judge Brann) |

## ORDER

NOW on this _____ day of June, 2023, upon consideration of the Stipulation to Extend the Deadline for CHAMPION AEROSPACE, LLC's time to file a response to Plaintiffs' Complaint by 30 days, it is ORDERED that the Stipulation is APPROVED and GRANTED.

BY THE COURT:

_____
Matthew W. Brann
Chief United States District Judge