IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK RALEIGH, as the Personal Representative of the ESTATE OF BRAEDAN RALEIGH, Deceased,<br><br>and<br><br>BRENT CRIDDLE, as the Personal Representative of the ESTATE OF DEVIN CRIDDLE, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>AVCO CORPORATION,<br><br>and<br><br>AVSTAR FUEL SYSTEMS, INC.<br><br>and<br><br>CHAMPION AEROSPACE, LLC<br><br>and<br><br>PRECISION AIRMOTIVE, LLC<br><br>Defendants. | Case No 4:23-cv-00852-MWB |

## ENTRY OF APPEARANCE

Kindly enter the appearance of Robert J. Williams, Esquire, of VICTOR RANE, PLC on behalf of Defendant, AVStar Fuel Systems, Inc., in the above-captioned matter.

Respectfully submitted,

VICTOR RANE, PLC
By: */s/ Robert J. Williams*
Robert J. Williams, Esquire (PA Id. No. 76139)
1001 Liberty Avenue, Suite 500
Pittsburgh, PA 15222-3001
Telephone  412-200-5723
Facsimile   412-200-5728
rwilliams@victorrane.com

Date: June 14, 2023        *Counsel for Defendant AVStar Fuel Systems, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of June, 2023, a true and correct copy of the foregoing **ENTRY OF APPEARANCE** was served on all parties via the CM/ECF system.

By: */s/ Sarah Reeb*

Sarah Reeb, Esquire

PHDATA 7125455_1