IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK RALEIGH, as the Personal Representative of the ESTATE OF BRAEDAN RALEIGH, Deceased,<br><br>and<br><br>BRENT CRIDDLE, as the Personal Representative of the ESTATE OF DEVIN CRIDDLE, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>AVCO CORPORATION,<br><br>and<br><br>AVSTAR FUEL SYSTEMS, INC.<br><br>and<br><br>CHAMPION AEROSPACE, LLC<br><br>and<br><br>PRECISION AIRMOTIVE, LLC<br><br>Defendants. | Case No 4:23-cv-00852-MWB |

**STIPULATION TO EXTEND DEADLINE AVSTAR FUEL SYSTEMS, INC. TO FILE RESPONSE TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and AVStar Fuel Systems, Inc., subject to Court approval, that the deadline for AVStar to file a response to the Complaint is extended by 20 days. The new filing deadline is July 10, 2023.

**So stipulated by:**

By: */s/ Bradley J. Stoll*

Bradley J. Stoll
bstoll@klm-law.com
KATZMAN, LAMPERT & STOLL
121 North Wayne Ave., Suite 205
Wayne, PA 19087
***Counsel for Plaintiffs***

By: */s/ Robert J. Williams*

Robert J. Williams
rwilliams@victorrane.com
Victor Rane, PLC
1001 Liberty Avenue, Suite 500
Pittsburgh, PA 15222-3001
***Counsel for AVStar Fuel Systems, Inc.***

PHDATA 7125455_1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of June, 2023, a true and correct copy of the foregoing **STIPULATION TO EXTEND DEADLINE AVSTAR FUEL SYSTEMS, INC. TO FILE RESPONSE TO COMPLAINT** was served on the following via Electronic Mail as follows:

Bradley J. Stoll, Esquire
bstoll@klm-law.com
KATZMAN, LAMPERT & STOLL
121 North Wayne Ave., Suite 205
Wayne, PA 19087
***Counsel for Plaintiffs***

By: */s/ Sarah Reeb*

Sarah Reeb, Esquire

PHDATA 7125455_1