IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK RALEIGH, as the Personal Representative of the ESTATE OF BRAEDAN RALEIGH, Deceased, <br><br> and <br><br> BRENT CRIDDLE, as the Personal Representative of the ESTATE OF DEVIN CRIDDLE, Deceased, <br><br> Plaintiffs, <br><br> v. <br><br> AVCO CORPORATION, <br><br> and <br><br> AVSTAR FUEL SYSTEMS, INC. <br><br> and <br><br> CHAMPION AEROSPACE, LLC <br><br> and <br><br> PRECISION AIRMOTIVE, LLC <br><br> Defendants. | Case No. 4:23-cv-00852-MWB |

**<u>ORDER</u>**

AND NOW this _____ day of June, 2023, the Stipulation to Extend the Deadline for AVStar Fuel Systems, Inc. to file a response to Plaintiffs' Complaint by 20 Days is APPROVED and GRANTED.

BY THE COURT:

_____
Matthew W. Brann
Chief United States District Judge

PHDATA 7125455_1