IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK RALEIGH, as the Personal Representative of the ESTATE OF BRAEDAN RALEIGH, Deceased,<br><br>and<br><br>BRENT CRIDDLE, as the Personal Representative of the ESTATE OF DEVIN CRIDDLE, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>AVCO CORPORATION,<br><br>and<br><br>AVSTAR FUEL SYSTEMS, INC.<br><br>and<br><br>CHAMPION AEROSPACE, LLC<br><br>and<br><br>PRECISION AIRMOTIVE, LLC<br><br>Defendants. | Case No. 4:23-cv-00852-MWB |

## ORDER

**AND NOW**, this 15th day of June 2023, upon consideration of the Stipulation to Extend the Deadline for AVStar Fuel Systems, Inc. to file a response to Plaintiffs' Complaint by 20 Days, **IT IS HEREBY ORDERED** that the Stipulation is **APPROVED** and **GRANTED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge