**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MARK RALEIGH, as the Personal Representative of the ESTATE OF BRAEDEN RALEIGH, Deceased, | No. 4:23-cv-00852-MWB |
| and | (Judge Brann) |
| BRENT CRIDDLE, as the Personal Representative of the ESTATE OF DEVIN CRIDDLE, Deceased, | |
| Plaintiffs, | |
| v. | |
| AVCO CORPORATION, et al. | |
| Defendants. | |

## STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO COMPLAINT BY DEFENDANT AVCO CORPORATION

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, by their Counsel, Katzman Lampert & Stoll and Defendant AVCO Corporation, by and through its counsel, Haws-KM, P.A., that subject to the Court's approval, the deadline to file the response is extended by 30 days. The new filing deadline will be July 21, 2023.  A proposed order is attached.

**So stipulated by:**

Dated: June 15, 2023                    Respectfully submitted,


By*: /s/ Bradley J. Stoll*
    Bradley J. Stoll
    KATZMAN, LAMPERT & STOLL
    121 North Wayne Ave., Suite 205
    Wayne, PA 199087
    Email: bstoll@klm-law.com

    *Counsel for Plaintiffs*



By*: /s/ Daniel A. Haws*
    Daniel A. Haws
    HAWS-KM, P.A.
    30 East Seventh Street, Suite 3200
    St. Paul, MN  55101
    Email: dhaws@hkmlawgroup.com

    *Counsel for Defendant AVCO
    CORPORATION*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June, 2023, a true and correct copy of the foregoing STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO COMPLAINT BY DEFENDANT AVCO CORPORATION was served via Electronic Mail and the Court's electronic filing system.  In addition, the undersigned served those parties whom are known to be represented by counsel, but have not entered an appearance as follows:

Daniel A. Haws
HAWS-KM, P.A.
30 East Seventh Street, Suite 3200
St. Paul, MN  5511
*Counsel for Defendant AVCO CORPORATION*

Robert J. Williams
VICTOR RANE
1001 Liberty Avenue, 5th Floor
Pittsburgh PA, 15222
*Counsel for Defendant AVSTAR FUEL SYSTEMS*

Shalem Massey
RILEY SAFER HOLMES & CANCILA LLP
100 Irvine Center Drive, Suite 650
Irvine, CA 92618
*Counsel for Defendant CHAMPION AEROSPACE, LLC*

In addition, hard copies of the attached were mailed via first class mail to the defendant who has not yet been served as follows:

Precision Airmotive, LLC
17716 48th Drive NE
Arlington, WA 98223

By:     /s/ Bradley Stoll
        Bradley Stoll