IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK RALEIGH, as the Personal Representative of the ESTATE OF BRAEDEN RALEIGH, Deceased, <br><br> and <br><br> BRENT CRIDDLE, as the Personal Representative of the ESTATE OF DEVIN CRIDDLE, Deceased, <br><br> Plaintiffs, <br><br> v. <br><br> AVCO CORPORATION, et al. <br><br> Defendants. | No. 4:23-cv-00852-MWB <br><br> (Judge Brann) |

## ORDER

NOW on this _____ day of June, 2023, upon consideration of the Stipulation to Extend the Deadline for AVCO CORPORATION's time to file a response to Plaintiffs' Complaint by 30 days, it is ORDERED that the Stipulation is APPROVED and GRANTED.

BY THE COURT:

_____
Matthew W. Brann
Chief United States District Judge