## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK RALEIGH, as the Personal Representative of the ESTATE OF BRAEDEN RALEIGH, Deceased,<br><br>and<br><br>BRENT CRIDDLE, as the Personal Representative of the ESTATE OF DEVIN CRIDDLE, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>AVCO CORPORATION, et al.<br><br>Defendants. | No. 4:23-CV-00852<br><br>(Chied Judge Brann) |

## **ORDER**

**AND NOW**, this 22nd day of June 2023, upon consideration of the Stipulation to Extend the Deadline for AVCO CORPORATION's time to file a response to Plaintiffs' Complaint by 30 days, **IT IS HEREBY ORDERED** that the Stipulation is APPROVED and GRANTED. AVCO Corporation shall file a response to Plaintiffs' Complaint on or before July 21, 2023.

BY THE COURT:

*s/ Matthew W. Brann*
_____
Matthew W. Brann
Chief United States District Judge