# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK RALEIGH,<br>as the Personal Representative of the<br>ESTATE OF BRAEDAN RALEIGH,<br>Deceased,<br><br>and<br><br>BRENT CRIDDLE,<br>as the Personal Representative of the<br>ESTATE OF DEVIN CRIDDLE,<br>Deceased<br><br>   Plaintiffs<br><br>   v.<br><br>AVCO CORPORATION, *et al.*<br><br>   Defendants. | 4:23-cv-00852-MWB<br><br>CIVIL ACTION – LAW |

## RULE 7.1(a) DISCLOSURE STATEMENT OF DEFENDANT, <u>PRECISION AIRMOTIVE, LLC</u>

  Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant, Precision Airmotive, LLC, by and through its undersigned counsel, provides the following statement:

  1.  The nongovernmental corporate defendant Precision Airmotive, LLC is a North Carolina limited liability company, that is owned entirely by Aero Group Holdings, LLC.

  2.  No publicly held corporation owns ten (10) percent or more of the stock for either Precision Airmotive, LLC or Aero Group Holdings, LLC.

{J0916324.DOCX}

Respectfully submitted,

**SALMON RICCHEZZA SINGER & TURCHI LLP**

  _/s/ **Zachary J. Ballard**_
Zachary J. Ballard, Esquire
Kyle R. Brady, Esquire
1601 Market Street, Suite 2500
Philadelphia, PA 19103
Phone:  (215) 606-6600
Fax:     (215) 606-6601
*Attorneys for Defendant,*
*Precision Airmotive, LLC*

Dated:  June 30, 2023

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a true and correct copy of Defendant's Rule 7.1 Disclosure Statement was served upon the following counsel and parties via electronic filing:

Bradley J. Stoll, Esquire
Katzman, Lampert & Stoll
121 North Wayne Avenue, Suite 205
Wayne, PA 19087
***Attorney for Plaintiffs***

Daniel A. Haws, Esquire
Haws-KM, P.A.
30 East Seventh Street, Suite 3200
St. Paul, MN 55101
***Attorney for Defendant,***
***AVCO Corporation***

Robert J. Williams, Esquire
Victor Rane
1001 Liberty Avenue, 5th Floor
Pittsburgh, PA 15222
***Attorney for Defendant,***
***Avstar Fuel Systems, Inc.***

Shalem Massey, Esquire
Riley, Safer, Holmes & Cancila LLP
100 Irvine Center Drive, Suite 650
Irvine, CA 92618
***Attorney for Defendant,***
***Champion Aerospace, LLC***

**SALMON RICCHEZZA SINGER & TURCHI LLP**

By:    */s/ Zachary J. Ballard*
       Zachary J. Ballard, Esquire

Dated:  June 30, 2023