IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK RALEIGH,<br>as the Personal Representative of the<br>ESTATE OF BRAEDAN RALEIGH,<br>Deceased,<br><br>and<br><br>BRENT CRIDDLE,<br>as the Personal Representative of the<br>ESTATE OF DEVIN CRIDDLE,<br>Deceased<br><br>   Plaintiffs<br><br>   v.<br><br>AVCO CORPORATION, *et al.*<br><br>   Defendants. | 4:23-cv-00852-MWB<br><br>CIVIL ACTION – LAW |

### STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO COMPLAINT BY DEFENDANT, PRECISION AIRMOTIVE, LLC

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and their counsel, Katzman Lampert & Stoll, and Defendant, Precision Airmotive, LLC, and its counsel, Salmon Ricchezza Singer & Turchi LLP, that, subject to the Court's approval, the deadline to file a response to Plaintiffs' Complaint is extended by thirty (30) days. The new deadline to file a response will be August 4, 2023. A proposed Order is attached hereto as ***Exhibit "A."***

[SIGNATURE PAGE TO FOLLOW]

**SALMON RICCHEZZA SINGER & TURCHI LLP**

By:     */s/ Zachary J. Ballard*
       Zachary J. Ballard, Esquire
       Kyle R. Brady, Esquire
       1601 Market Street, Suite 2500
       Philadelphia, PA 19103
       zballard@srstlaw.com
       kbrady@srstlaw.com

       *Attorneys for Defendant,*
       *Precision Airmotive, LLC*

**KATZMAN, LAMPERT & STOLL**

By:     */s/ Bradley J. Stoll*
       Bradley J. Stoll, Esquire
       121 North Wayne Avenue, Suite 205
       Wayne, PA 19087
       bstoll@klm-law.com

       *Attorney for Plaintiffs*

Dated: June 30, 2023

# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK RALEIGH,<br>as the Personal Representative of the<br>ESTATE OF BRAEDAN RALEIGH,<br>Deceased,<br><br>     and<br><br>BRENT CRIDDLE,<br>as the Personal Representative of the<br>ESTATE OF DEVIN CRIDDLE,<br>Deceased<br><br>          Plaintiffs<br><br>          v.<br><br>AVCO CORPORATION, *et al.*<br><br>          Defendants. | 4:23-cv-00852-MWB<br><br>CIVIL ACTION – LAW |

## ORDER

AND NOW on this _____ day of _____, 2023, upon consideration of the Stipulation to Extend the Deadline to File a Response to the Complaint by Defendant, PRECISION AIRMOTIVE, LLC, it is hereby ORDERED that said Stipulation is APPROVED and GRANTED.

                                                  **BY THE COURT:**

                                                  _____
                                                  **Honorable Matthew W. Brann**
                                                  **Chief United States District Court Judge**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this date a true and correct copy of Defendant's Stipulation was served upon the following counsel and parties via electronic filing:

Bradley J. Stoll, Esquire
Katzman, Lampert & Stoll
121 North Wayne Avenue, Suite 205
Wayne, PA 19087
*Attorney for Plaintiffs*

Daniel A. Haws, Esquire
Haws-KM, P.A.
30 East Seventh Street, Suite 3200
St. Paul, MN 55101
*Attorney for Defendant,*
*AVCO Corporation*

Robert J. Williams, Esquire
Victor Rane
1001 Liberty Avenue, 5th Floor
Pittsburgh, PA 15222
*Attorney for Defendant,*
*Avstar Fuel Systems, Inc.*

Shalem Massey, Esquire
Riley, Safer, Holmes & Cancila LLP
100 Irvine Center Drive, Suite 650
Irvine, CA 92618
*Attorney for Defendant,*
*Champion Aerospace, LLC*

**SALMON RICCHEZZA SINGER & TURCHI LLP**

By:   */s/ Zachary J. Ballard*
Zachary J. Ballard, Esquire

Dated: June 30, 2023