IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK RALEIGH,<br>as the Personal Representative of the<br>ESTATE OF BRAEDAN RALEIGH,<br>Deceased,<br><br>and<br><br>BRENT CRIDDLE,<br>as the Personal Representative of the<br>ESTATE OF DEVIN CRIDDLE,<br>Deceased<br><br>   Plaintiffs<br><br>   v.<br><br>AVCO CORPORATION, *et al.*<br><br>   Defendants. | 4:23-cv-00852-MWB<br><br>CIVIL ACTION – LAW |

**NOTICE OF APPEARANCE**

**TO THE CLERK:**

Kindly enter the appearance of Salmon, Ricchezza, Singer & Turchi LLP, by and through Kyle R. Brady, Esquire, on behalf of Defendant, Precision Airmotive, LLC.

[SIGNATURE PAGE TO FOLLOW]

Respectfully submitted,

**SALMON RICCHEZZA SINGER & TURCHI LLP**

  */s/ Kyle R. Brady*
Kyle R. Brady, Esquire (PA ID #329076)
1601 Market Street, Suite 2500
Philadelphia, PA 19103
Phone:  (215) 606-6600
Fax:     (215) 606-6601
*Attorney for Defendant,*
*Precision Airmotive, LLC*

Dated:  June 30, 2023

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this date a true and correct copy of the foregoing Notice of Appearance was served upon the following counsel and parties via electronic filing:

Bradley J. Stoll, Esquire
Katzman, Lampert & Stoll
121 North Wayne Avenue, Suite 205
Wayne, PA 19087
*Attorney for Plaintiffs*

Daniel A. Haws, Esquire
Haws-KM, P.A.
30 East Seventh Street, Suite 3200
St. Paul, MN 55101
*Attorney for Defendant,*
*AVCO Corporation*

Robert J. Williams, Esquire
Victor Rane
1001 Liberty Avenue, 5th Floor
Pittsburgh, PA 15222
*Attorney for Defendant,*
*Avstar Fuel Systems, Inc.*

Shalem Massey, Esquire
Riley, Safer, Holmes & Cancila LLP
100 Irvine Center Drive, Suite 650
Irvine, CA 92618
*Attorney for Defendant,*
*Champion Aerospace, LLC*

**SALMON RICCHEZZA SINGER & TURCHI LLP**

By:  ___*/s/ Kyle R. Brady*___
         Kyle R. Brady, Esquire

Dated: June 30, 2023