**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MARK RALEIGH,<br>as the Personal Representative of the<br>ESTATE OF BRAEDAN RALEIGH,<br>Deceased,<br><br>      and<br><br>BRENT CRIDDLE,<br>as the Personal Representative of the<br>ESTATE OF DEVIN CRIDDLE,<br>Deceased<br><br>              Plaintiffs<br><br>              v.<br><br>AVCO CORPORATION, *et al.*<br><br>              Defendants. | 4:23-cv-00852-MWB<br><br>CIVIL ACTION – LAW |

**ORDER**

**AND NOW**, on this ___3rd___ day of ____July____ 2023, upon consideration of the Stipulation to Extend the Deadline to File a Response to the Complaint by Defendant, PRECISION AIRMOTIVE, LLC, **IT IS HEREBY ORDERED** that said Stipulation is APPROVED and GRANTED. Precision Airmotive, LLC's response to Plaintiff's Complaint is due on or before August 4, 2023.

**BY THE COURT:**


  _s/ Matthew W. Brann_____
**Matthew W. Brann**
**Chief United States District Court Judge**