

**B&R Services for Professionals Inc.**
235 SOUTH 13TH STREET
PHILADELPHIA, PA
PHONE: (215) 546-7400
FAX: (215) 985-0169

National Association of Professional Process Servers

Mark Raleigh, et al

-VS-

AVCO Corporation, et al

**COURT** United States District Court
Middle District of Pennsylvania

**CASE NUMBER** 4:23-cv-00852-MWB

State of **WASHINGTON**

County of **SNOHOMISH**

## AFFIDAVIT

B&R Control # PS198337.01
Reference Number

### SERVICE INFORMATION

On **6/13/2023**, we received the
**Summons and Complaint**
For service upon: **Precision Airmotive, LLC**
At **17716 48th Drive, NE, Arlington, WA 98223**

☒ Served  Date **6/13/23**  Time **2:57p**  Accepted By: **Debbie Payne**

In the manner described below.
☐ Personally served.
☐ Adult in charge of residence, relationship is _____
☐ Adult in charge of residence who refused to give name and/or relationship.
☐ Manager/Clerk of place of residence lodging
☒ Agent or person in charge of office or usual place of business **3400 CAPITOL BLVD 101, TUMWATER, WA**
☒ Other **Served Debbie Payne, Clerk for RA Incorporating Services**

**Description of Person**  Age **55**  Height **5'5**  Weight **200**  Race **W**  Sex **F**
Other

☐ Not Served  Date _____  Time _____  ☐ Moved  ☐ Unknown  ☐ No Answer  ☐ Vacant
☐ Other _____

The Process Server, being duly sworn, deposes and says that the facts set forth herein are true and correct to the best of their knowledge, information and belief.

Process Server/Sheriff **Cynthia Guenther**

Sworn to and subscribed before me this **21st** day of **June 2023**
Notary Public **Keith Ellis**

[Notary seal: KEITH ELLIS, COMMISSION EXPIRES, NOTARY License No. 157141, PUBLIC, 01-11-2025, STATE OF WASHINGTON]

Client  Phone (610) 696-9686

Filed Date 05/23/2023  BR Serve By: 06/30/2023

Bradley J. Stoll, Esquire
Katzman, Lampert & Stoll
121 North Wayne Avenue
Ste. 205
Wayne, PA 19087

ORIGINAL