# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| _____ )<br>_____ )<br>_____ )<br>_____ )<br>_____, )<br>)<br>**Plaintiff(s),** )<br>)<br>v. )<br>)<br>_____ ) **Civil Action No. _____**<br>_____ )<br>_____ )<br>_____ )<br>_____, )<br>)<br>**Defendant(s)/** )<br>**Third-Party Plaintiff(s),** )<br>)<br>v. )<br>)<br>_____ )<br>_____ )<br>_____ )<br>_____ )<br>_____, )<br>)<br>**Third-Party Defendant(s).** )<br>_____) | |

# DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1
## (Civil Action)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, _____,
(type of party)
who is _____, makes the following disclosure:
(name of party)

☐ YES ☐ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

_____

_____

_____

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

_____
_____
_____
_____

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

_____
Signature of Counsel for Party

Date: _____