IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK RALEIGH, as the Personal Representative of the ESATE OF BRAEDAN RALEIGH, Deceased, and BRENT CRIDDLE, as the Personal Representative of the ESTATE OF DEVIN CRIDDLE, Deceased,<br><br>        Plaintiffs,<br><br>v.<br><br>AVCO CORPORATION, AVSTAR FUEL SYSTEMS, INC., CHAMPION AEROSPACE, LLC, PRECISION AIRMOTIVE, LLC,<br><br>        Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:  NO. 23-CV-00852<br>:<br>:  CHIEF JUDGE BRANN<br>:<br>:<br>:<br>:  ELECTRONICALLY FILED |

## ENTRY OF APPEARANCE

Kindly enter our appearance as co-counsel for Defendant Champion Aerospace, LLC in the above-referenced matter.

|  | Respectfully submitted, |
|---|---|
| Myers, Brier & Kelly, LLP<br>425 Biden Street, Suite 200<br>Scranton, PA 18503<br>(570) 342-6100 | /s/ Daniel T. Brier<br>Daniel T. Brier (PA ID 53248)<br>dbrier@mbklaw.com<br>Richard L. Armezzani (PA ID 322804)<br>rarmezzani@mbklaw.com<br><br>Co-Counsel for Defendant, Champion Aerospace, LLC |

Date: July 12, 2023

## CERTIFICATE OF SERVICE

I, Daniel T. Brier, hereby certify that a true and correct copy of the foregoing Entry of Appearance was served upon the following counsel of record via the Court's ECF system on this 12th day of July 2023:

Bradley J. Stoll, Esquire
Katzman, Lampert & Stoll
121 North Wayne Avenue, Suite 205
Wayne, PA  19087
*Counsel for Plaintiffs*

Robert J. Williams, Esquire
Schnader, Harrison, Segal & Lewis, LLP
120 Fifth Avenue, Suite 2700
Pittsburgh, PA  15222
*Counsel for Avstar Fuel Systems, Inc.*

Sarah Reeb, Esquire
2 Timber Trail Drive
Greensburg, AP  15601
*Counsel for Avstar Fuel Systems, Inc.*

Zachary J. Ballard, Esquire
Kyle Robert Brady, Esquire
Salmon Ricchezza Singer & Turchi, LLP
1601 Market Street, Suite 2500
Philadelphia, PA  19103
*Counsel for Defendant Precision Airmotive, LLC*

/s/ Daniel T. Brier
Daniel T. Brier