IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK RALEIGH, as the Personal Representative of the ESATE OF BRAEDAN RALEIGH, Deceased, and BRENT CRIDDLE, as the Personal Representative of the ESTATE OF DEVIN CRIDDLE, Deceased, <br><br> Plaintiffs, <br><br> v. <br><br> AVCO CORPORATION, AVSTAR FUEL SYSTEMS, INC., CHAMPION AEROSPACE, LLC, PRECISION AIRMOTIVE, LLC, <br><br> Defendants. | NO. 23-CV-00852 <br><br> CHIEF JUDGE BRANN <br><br> ELECTRONICALLY FILED |

## ENTRY OF APPEARANCE

Kindly enter our appearance as co-counsel for Defendant Champion Aerospace, LLC in the above-referenced matter.

Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA 18503
(570) 342-6100

Respectfully submitted,

/s/ Daniel T. Brier
Daniel T. Brier (PA ID 53248)
dbrier@mbklaw.com
Richard L. Armezzani (PA ID 322804)
rarmezzani@mbklaw.com

Co-Counsel for Defendant, Champion Aerospace, LLC

Date: July 12, 2023

## CERTIFICATE OF SERVICE

I, Daniel T. Brier, hereby certify that a true and correct copy of the foregoing Entry of Appearance was served upon the following counsel of record via the Court's ECF system on this 12th day of July 2023:

>Bradley J. Stoll, Esquire
>Katzman, Lampert & Stoll
>121 North Wayne Avenue, Suite 205
>Wayne, PA  19087
>*Counsel for Plaintiffs*
>
>Robert J. Williams, Esquire
>Schnader, Harrison, Segal & Lewis, LLP
>120 Fifth Avenue, Suite 2700
>Pittsburgh, PA  15222
>*Counsel for Avstar Fuel Systems, Inc.*
>
>Sarah Reeb, Esquire
>2 Timber Trail Drive
>Greensburg, AP  15601
>*Counsel for Avstar Fuel Systems, Inc.*
>
>Zachary J. Ballard, Esquire
>Kyle Robert Brady, Esquire
>Salmon Ricchezza Singer & Turchi, LLP
>1601 Market Street, Suite 2500
>Philadelphia, PA  19103
>*Counsel for Defendant Precision Airmotive, LLC*

>>/s/ Daniel T. Brier
>>Daniel T. Brier