IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK RALEIGH, as the Personal Representative of the ESATE OF BRAEDAN RALEIGH, Deceased, and BRENT CRIDDLE, as the Personal Representative of the ESTATE OF DEVIN CRIDDLE, Deceased, : : : : : : : : | |
| Plaintiffs, : | |
| v. : | NO. 23-CV-00852 |
| : | |
| AVCO CORPORATION, AVSTAR FUEL SYSTEMS, INC., CHAMPION AEROSPACE, LLC, PRECISION AIRMOTIVE, LLC, : : : : | CHIEF JUDGE BRANN |
| Defendants. : | |

### ORDER

AND NOW, this _____ day of July, 2023, upon consideration of the Unopposed Motion to Extend Time for Defendant Champion Aerospace, LLC to Respond to Complaint, IT IS HEREBY ORDERED that the Motion is GRANTED, and the deadline for Defendant Champion Aerospace, LLC to respond to Plaintiffs' Complaint is Friday, August 4, 2023.

BY THE COURT:

_____
Matthew W. Brann
Chief United States District Judge