# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR :
ADMISSION TO PRACTICE IN THIS COURT :

### PETITION

I, __Daniel A. Haws__, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: Haws-KM, P.A.

30 East Seventh Street, Suite 3200

St. Paul, MN 55101

Office Telephone: (651) 227-9411

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

State of MN 10-28-1988 and United States District Court of MN 01-09-1989

State of WI 06-20-1989 and USDC of WI (Eastern) 7-9-1997 of WI (western) 7-10-1997

State of IA 03-04-2014 and United States District Court of IA (southern) 05-16-2018

My attorney Identification number is: MN 193501

---

**FOR COURT USE ONLY**

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____    Date: _____

__X__ SPECIAL ADMISSION:

GRANTED BY THE COURT _s/Matthew W. Brann_    Date: 7/26/2023
Matthew W. Brann
Chief United States District Judge